Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ○

Laura Amoruso

)
)
)
)

**23 CV 2421**

Case No.

_____
*(to be filled in by the Clerk's Office)*

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Transunion, Experian, Equifax, Chexsystems

)
)
)
)
)
)
)
)
)
)
)

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Laura Amoruso |
| Street Address | 282 11th Avenue |
| City and County | New york, New york county |
| State and Zip Code | NY, 10001 |
| Telephone Number | 516-581-7089 |
| E-mail Address | ms.lamoruso@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

|  |  |
|---|---|
| Name | Transunion |
| Job or Title *(if known)* | Consumer Reporting Agency |
| Street Address | 555 W Adams St |
| City and County | Chicago, Cook |
| State and Zip Code | IL, 60661 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

|  |  |
|---|---|
| Name | Experian |
| Job or Title *(if known)* | Consumer Reporting Agency |
| Street Address | 475 Anton Blvd |
| City and County | Costa Mesa, Orange |
| State and Zip Code | CA, 92626 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

|  |  |
|---|---|
| Name | Equifax |
| Job or Title *(if known)* | Consumer Reporting Agency |
| Street Address | 1550 Peachtree ST NW |
| City and County | Atlanta, Fulton |
| State and Zip Code | GA, 30309 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

|  |  |
|---|---|
| Name | Chex Systems |
| Job or Title *(if known)* | Consumer Reporting Agency |
| Street Address | 7805 Hudson Rd STE 100 |
| City and County | Woodbury, Washington |
| State and Zip Code | MN, 55125 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
15 USC 1681

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

I have proof that all 4 of these consumer reporting agencies have violated my Federally Protected Consumer Rights under the Fair Credit Reporting Act by breaching my consumer privacy and furnishing false information on my consumer report which is adversly effecting me and stopping my ability to live my life and obtain new credit properly

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Within the last year

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*
This corporation has been furnishing this on my consumer report for a very long time and it is causing me great harm . From the inabilty to obtain new credit, produce income and more

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
In the mean time I have had to live while getting charged much higher interest rates, not getting approved for life essentials, income producing activities and I will not be able to get the time I lost and worried back.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
My specified remedy
1. Pay my attached invoice for violations of Federal Law and punative damages
2. Delete all desired accounts from my consumer reports

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    03/20/23

Signature of Plaintiff    _Laura Amoruse_

Printed Name of Plaintiff    Laura Amoruse

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

| | |
|---|---|
| **Laura Amoruso** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | |
| ) | **NOTICE OF CIVIL ACTION** |
| **EQUIFAX** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| **Date: 02-11-23** ) | |
| ) | |
| ———————————————— ) | ———————————————— |

## Certified Mail #: 7022 1670 0003 1861 3993

To whom I may concern,

Your inaccurate reporting has impacted me mentally, physically and financially. From typing countless letters trying to resolve this. To me not being able to get approved for things I need in my life. I have no other choice but to hold you liable in Federal Court.

### *APPLICABLE LAW*

I will be invoking my Federally Protected Consumer Rights under **15 U.S. Code § 1681 "Fair Credit Reporting Act"**

### <u>Specified Remedy:</u>

1. <u>Delete all of my inquiries</u>
2. <u>Furnish the (CreditOneBnk 444796263511****) account as 100% paid on time</u>
3. <u>Furnish the (Merrick Bank 546316690205****) account as 100% paid off, on time</u>
4. <u>Furnish the (SBNASELFLNDR 1503****) account as 100% paid off, on time</u>
5. <u>Remove all collection accounts from (VERIZON)</u>
6. <u>Remove the collection account from (NATIONAL GRID LONG ISLAND 3390****)</u>
7. <u>Remove The account from (LIMOUSINE WORLDWID CHAUFFERED 5180***)</u>
8. <u>Remove the account from (CAPITAL ONE 51567681****)</u>
9. <u>Remove the accounts from (DPT ED/ AIDV) with the an active balance</u>
10. <u>DO NOT REMOVE ANY ACCOUNTS from (DPT ED/ AIDV) that have a $0.00 balance and are paid off</u>

## <u>Bill of Particulars</u>

Pursuant to 15 U.S.Code § 1681n(a)(2) - I am charging you $89,000.00 for damages sustained to my mental health due to your failure to comply with Federal Law

Pursuant to 15 U.S.Code § 1681n(a)(1)(A) - I am charging you $11,000 for the violations of my Federally Protected Consumer Rights

**(a)In general**
*Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—*

**(1)**

**(A)***any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or*

FROM: **Laura Amoruso**
TO: **EQUIFAX**
AMOUNT: **$100,000.00**
DUE DATE: **5 DAYS UPON RECEIPT OF THIS LETTER**
DELIVERY METHOD: **USPS CERTIFIED MAIL WITH RETURN RECEIPT**
CHECK ADDRESSED TO: **Laura Amoruso**
MAILED TO: **282 11th Avenue, New york NY, 10001**

<u>**Specified Remedy:**</u>
11. <u>**Delete all of my inquiries**</u>
12. <u>**Furnish the (CreditOneBnk 444796263511****) account as 100% paid on time**</u>
13. <u>**Furnish the (Merrick Bank 546316690205****) account as 100% paid off, on time**</u>
14. <u>**Furnish the (SBNASELFLNDR 1503****) account as 100% paid off, on time**</u>
15. <u>**Remove all collection accounts from (VERIZON)**</u>
16. <u>**Remove the collection account from (NATIONAL GRID LONG ISLAND 3390****)**</u>
17. <u>**Remove The account from (LIMOUSINE WORLDWID CHAUFFERED 5180***)**</u>
18. <u>**Remove the account from (CAPITAL ONE 51567681****)**</u>
19. <u>**Remove the accounts from (DPT ED/ AIDV) with the an active balance**</u>
20. <u>**DO NOT REMOVE ANY ACCOUNTS from (DPT ED/ AIDV) that have a $0.00 balance and are paid off**</u>

I am going to be citing all of the violations below as "Exhibits". I am also going to be providing the Federal Laws you are violating along with my explanation for your convenience.

**EXHIBIT A - 15 U.S.Code § 1681(b) - reasonable procedures**

(b) REASONABLE PROCEDURES It is the purpose of this subchapter to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter.

**EXPLANATION -** You are not acting in a manner that any sort of accuracy relevance is being practiced. Which means in no way have you adopted reasonable procedures meeting the needs of commerce for consumer credit

**EXHIBIT B - 15 U.S.Code § 1681a(2)(A)(i) -** Sole transactions

(2)EXCLUSIONS.—Except as provided in paragraph (3), the term "consumer report" does not include— (A)subject to section 1681s–3 of this title, any—

(i) report containing information solely as to transactions or experiences between the consumer and the person making the report;

**EXPLANATION -** I have NEVER made a transaction with ANY consumer reporting agency, this means it is illegal for you for my report to contain any information solely in between I "THE NATURAL, LIVING SOUL" and "THE FINANCIAL INSTITUTION"

**EXHIBIT C - 15 U.S.Code § 1681a(2)(B) -** Transaction authorized by credit card

(2)EXCLUSIONS.—Except as provided in paragraph (3), the term "consumer report" does not include— (A)subject to section 1681s–3 of this title, any—

(B) any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device;

**EXPLANATION -** The allegations being furnished on my report were authorized by a credit card.

**EXHIBIT D - 15 U.S.Code § 1681b(a)(2) -** Written Instruction

**(a) In general**

Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

**(2)** In accordance with the written instructions of the consumer to whom it relates.

**EXPLANATION -** Can you provide me with the signed/written instruction I gave you to furnish anything on my consumer report?

**EXHIBIT E - 15 U.S.Code § 1681e(a)** - Reasonable procedures to avoid violations

(a)IDENTITY AND PURPOSES OF CREDIT USERS Every consumer reporting agency shall maintain reasonable procedures designed to avoid violations of section 1681c of this title and to limit the furnishing of consumer reports to the purposes listed under section 1681b of this title. These procedures shall require that prospective users of the information identify themselves, certify the purposes for which the information is sought, and certify that the information will be used for no other purpose. Every consumer reporting agency shall make a reasonable effort to verify the identity of a new prospective user and the uses certified by such prospective user prior to furnishing such user a consumer report. No consumer reporting agency may furnish a consumer report to any person if it has reasonable grounds for believing that the consumer report will not be used for a purpose listed in section 1681b of this title.

**EXPLANATION -** You as the consumer reporting agency are willfully violating these laws, which means you are not maintaining reasonable procedures to avoid violations

**EXHIBIT F - 15 U.S.Code § 1681e(b)** - must maintain maximum possible accuracy

(b)ACCURACY OF REPORT Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.

**EXPLANATION -** You never asking me or verifying any information with me is not you following procedures to assure maximum possible accuracy

**EXHIBIT G - 15 U.S.Code § 1681i(5)(A)(i) - Invalid, incomplete or unverified**

(5) TREATMENT OF INACCURATE OR UNVERIFIABLE INFORMATION

(A)In general If, after any reinvestigation under paragraph (1) of any information disputed by a consumer, an item of the information is found to be inaccurate or incomplete or cannot be verified, the consumer reporting agency shall— (I) promptly delete that item of information from the file of the consumer, or modify that item of information, as appropriate, based on the results of the reinvestigation; and

(ii) promptly notify the furnisher of that information that the information has been modified or deleted from the file of the consumer.

**EXPLANATION -** All of the information stated is inaccurate, which states that it must be promptly deleted

**EXHIBIT H - 15 U.S.Code § 1681(a)(4)**

(4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

**EXPLANATION -** You have a GRAVE responsibility to exercise fairness and respect for my consumer privacy. You furnishing things without my consent and furnishing allegations is unfair and a violation of my privacy

**EXHIBIT H - 15 U.S.Code § 1681a(e)**

(e)The term "investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information. However, such information shall not include specific factual information on a consumer's credit record obtained directly from a creditor of the consumer or from a consumer reporting agency when such information was obtained directly from a creditor of the consumer or from the consumer.

**EXPLANATION -** Your "investigation" did not provide any of these details or explain how you were abiding by federal law

**EXHIBIT I - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

**(3)Information regarding inquiries**

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (CB/ARHAUS) on 11/04/22 is an unauthorized inquiry

**EXHIBIT J - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

**(3)Information regarding inquiries**

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (CCB/B&h PH) on 08/31/22 is an unauthorized inquiry

**EXHIBIT K - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

## (3)Information regarding inquiries

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (CCB/B&h PH) on 04/24/22 is an unauthorized inquiry

**Name:** Laura Amoruso                          )          **To: EQUIFAX**
                                                 )
**Address:**                                     )
**282 11th Avenue, New york NY, 10001**          )
                                                 )          **Date: 02-11-2023**
                                                 )
_____                 )          _____
                                                 )
                                                 )
                                                 )


## <u>NOTICE OF FAULT AFFIDAVIT OF TRUTH</u>

### <u>Consumer Enforcement as Private Administrative Audit by Right of Action</u>

Notice, it is a Fact, that, I, agent for principal (Amoruso, Laura) and affiant, I am a federally protected consumer, holder in due course, attorney in fact, for any and all derivatives thereof for the surname/given name and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I I will autograph for my given name, (Amoruso, Laura) and as the agent and administrator in fact.

Notice, it is fact, unless **EQUIFAX** can provide a policy or state law which shows that the aforementioned policy or state law supersedes federal law, I hereby invoke the law of presumption and invoke federal law in to address the subject matter in the affidavit herein.

Notice, it is a fact, without an affidavit response with rebuttal, point for point, then I am conditionally accepting your non-reasonable response, as frivolous, and you agree to fault judgment in the favor of interest of I the consumer, holder in due course, attorney, and administrator in fact as an unrebutted affidavit stands a truth in commerce.

Notice, it is a fact, I, the affiant is a consumer has the right to privacy pursuant to 15 U.S.Code § 1681(a)(4). **EQUIFAX** has violated my right to privacy by furnishing private information about me without any lawful authority or my written consent.

Notice, it is a fact, affiant is aware, all consumer reporting agencies, must follow reasonable procedures pursuant to 15 U.S.Code § 1681(b). The reasonable procedures listed in the affidavit herein were not followed and this a violation of 15 U.S.Code § 1681(b)

Notice, it is a fact, affiant is aware this reported information is only information based solely on transactions and experiences between I, the consumer. This is a violation of 15 U.S.Code §1681a(2) (A)(i)

Notice, it is a fact, affiant is aware, transactions authorized by my credit card, and credit card is defined in both FCRA and has the same as the definition in TILA as any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor, or services on credit. Thus making my social security card a credit card. These accounts were authorized by my social security card, a credit card and therefore must be excluded from my consumer report.

Notice, it is a fact, affiant is aware, if there is an account which comes back verified pursuant to 15 U.S.Code § 1681a(e) there must be an investigative report with the source of the report coming from interviews of family and friends and the results cannot contain factual information. I, the affiant, allege no such verification based on an investigative report exists. Please submit a certified copy of the existence of this report with a statement under penalty of perjury that this report was not altered or manufactured in any way. Without this information this is a violation of 15 U.S.Code § 1681a(e) and the accounts named above must be furnished as 100% paid in full and on time.

Notice, it is a fact, affiant is aware a consumer reporting agency needs written instructions by I, the consumer, to furnish a consumer report. Without written instruction this consumer reporting agency has committed fraud by using my identifying information without any lawful authority to furnish this information on my consumer report. By definition **EQUIFAX** has committed identity theft. This is a violation of 15 U.S.Code § 1681b(a)(2) Therefore the accounts referenced in my specified reedy must be resolved.

Notice, it is a fact, affiant is aware pursuant to 15 U.S. Code § 1681e(a) maintain reasonable procedures designed to avoid violations under section 1681c which includes violations of permissible purposes, and affiant is aware, no consumer reporting agency can furnish a consumer report to any person without the following all the purposes listed in section 1681b of this title 15.

Notice, it is a fact affiant is aware a consumer reporting agency must maintain reasonable procedures to assure maximum possible accuracy of furnished information on my, the affiant's consumer report. The accounts referenced above, do not comply with this maximum possible accuracy standard and must be removed due to its failure to maintain reasonable procedures, which is a violation of 15 U.S.Code § 1681e(b).

Notice, it is a fact, affiant is aware, each requirement of the FCRA which **EQUIFAX** fails to comply with, holds the company liable for $1000.00 per action and pursuant to 15 U.S.Code § 1681i when an investigative report is prepared, no adverse information in a consumer report may be included in a subsequent consumer report unless the reported was verified. Each month this false information was incorrectly verified making **EQUIFAX** liable for each consecutive reporting shown.

Notice, it is a fact, affiant is aware, this inquiry is unauthorized and has been furnished without my consent. There was no permissible purpose and is a violation of 15 U.S.Code § 1681b(c)(1)(A) (B)(i)(3). Remove the inquiries as seen on my report in Exhibit (I,J,K).

## JURAT

Whereas, I of age, of majority, give this herein notice to all, I make a solemn oath to the one and only most high of creation only, whoever that may be,

and I depose the following facts, so be it, nunc pro tunc.

I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

On the date of _____ , _____ , agent, (Amoruso, Laura) came before me today present as a flesh and blood living being (Non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein (Amoruso, Laura)

Signature _____

Sworn to or Affirmed by and subscribed before me on the 16ᵗʰ day of, _Feb_ year 20_23_

_Brian Ventura_ Notary Name

_V Ventura_____ Notary Signature.

BRIAN ISAIAS VENTURA
Notary Public - State of New York
No. 01VE6443777
Qualified in Queens County
My Commission Expires 11/07/2026

| | |
|---|---|
| **Laura Amoruso** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | |
| ) | **NOTICE OF CIVIL ACTION** |
| **TRANSUNION** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| **Date: 02-11-23** ) | |
| ) | |
| ——————————— ) | ——————————— |

**Certified Mail #:** 7022 1670 0003 1861 3924

To whom I may concern,

Your inaccurate reporting has impacted me mentally, physically and financially. From typing countless letters trying to resolve this. To me not being able to get approved for things I need in my life.
I have no other choice but to hold you liable in Federal Court.

**\*APPLICABLE LAW\***
I will be invoking my Federally Protected Consumer Rights under **15 U.S. Code § 1681 "Fair Credit Reporting Act"**

**<u>Specified Remedy:</u>**
1. <u>Delete all of my inquiries</u>
2. <u>Furnish the (CreditOneBnk 444796263511****) account as 100% paid on time</u>
3. <u>Furnish the (Merrick Bank 546316690205****) account as 100% paid off, on time</u>
4. <u>Furnish the (SBNASELFLNDR 1503****) account as 100% paid off, on time</u>
5. <u>Remove all collection accounts from (VERIZON)</u>
6. <u>Remove the collection account from (NATIONAL GRID LONG ISLAND 3390****)</u>
7. <u>Remove The account from (LIMOUSINE WORLDWID CHAUFFERED 5180***)</u>
8. <u>Remove the account from (CAPITAL ONE 51567681****)</u>
9. <u>Remove the accounts from (DPT ED/ AIDV) with the an active balance</u>
10. <u>DO NOT REMOVE ANY ACCOUNTS from (DPT ED/ AIDV) that have a $0.00 balance and are paid off</u>

**<u>Bill of Particulars</u>**

Pursuant to 15 U.S.Code § 1681n(a)(2) - I am charging you $87,000.00 for damages sustained to my mental health due to your failure to comply with Federal Law

Pursuant to 15 U.S.Code § 1681n(a)(1)(A) - I am charging you $13,000 for the violations of my Federally Protected Consumer Rights

**(a)In general**
*Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—*

**(1)**

**(A)***any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or*

FROM: **Laura Amoruso**
TO: **TRANSUNION**
AMOUNT: **$100,000.00**
DUE DATE: **5 DAYS UPON RECEIPT OF THIS LETTER**
DELIVERY METHOD: **USPS CERTIFIED MAIL WITH RETURN RECEIPT**
CHECK ADDRESSED TO: **Laura Amoruso**
MAILED TO: **282 11th Avenue, New york NY, 10001**

### Specified Remedy:
11. Delete all of my inquiries
12. Furnish the (CreditOneBnk 444796263511****) account as 100% paid on time
13. Furnish the (Merrick Bank 546316690205****) account as 100% paid off, on time
14. Furnish the (SBNASELFLNDR 1503****) account as 100% paid off, on time
15. Remove all collection accounts from (VERIZON)
16. Remove the collection account from (NATIONAL GRID LONG ISLAND 3390****)
17. Remove The account from (LIMOUSINE WORLDWID CHAUFFERED 5180***)
18. Remove the account from (CAPITAL ONE 51567681****)
19. Remove the accounts from (DPT ED/ AIDV) with the an active balance
20. DO NOT REMOVE ANY ACCOUNTS from (DPT ED/ AIDV) that have a $0.00 balance and are paid off

I am going to be citing all of the violations below as "Exhibits". I am also going to be providing the Federal Laws you are violating along with my explanation for your convenience.

**EXHIBIT A - 15 U.S.Code § 1681(b) - reasonable procedures**

(b) REASONABLE PROCEDURES It is the purpose of this subchapter to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter.

**EXPLANATION** - You are not acting in a manner that any sort of accuracy relevance is being practiced. Which means in no way have you adopted reasonable procedures meeting the needs of commerce for consumer credit

**EXHIBIT B - 15 U.S.Code § 1681a(2)(A)(i)** - Sole transactions

(2)EXCLUSIONS.—Except as provided in paragraph (3), the term "consumer report" does not include— (A)subject to section 1681s–3 of this title, any—

(i) report containing information solely as to transactions or experiences between the consumer and the person making the report;

**EXPLANATION** - I have NEVER made a transaction with ANY consumer reporting agency, this means it is illegal for you for my report to contain any information solely in between I "THE NATURAL, LIVING SOUL" and "THE FINANCIAL INSTITUTION"

**EXHIBIT C - 15 U.S.Code § 1681a(2)(B)** - Transaction authorized by credit card

(2)EXCLUSIONS.—Except as provided in paragraph (3), the term "consumer report" does not include— (A)subject to section 1681s–3 of this title, any—

(B) any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device;

**EXPLANATION -** The allegations being furnished on my report were authorized by a credit card.

**EXHIBIT D - 15 U.S.Code § 1681b(a)(2)** - Written Instruction

**(a) In general**

Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

**(2)** In accordance with the written instructions of the consumer to whom it relates.

**EXPLANATION -** Can you provide me with the signed/written instruction I gave you to furnish anything on my consumer report?

**EXHIBIT E - 15 U.S.Code § 1681e(a)** - Reasonable procedures to avoid violations

(a)IDENTITY AND PURPOSES OF CREDIT USERS Every consumer reporting agency shall maintain reasonable procedures designed to avoid violations of section 1681c of this title and to limit the furnishing of consumer reports to the purposes listed under section 1681b of this title. These procedures shall require that prospective users of the information identify themselves, certify the purposes for which the information is sought, and certify that the information will be used for no other purpose. Every consumer reporting agency shall make a reasonable effort to verify the identity of a new prospective user and the uses certified by such prospective user prior to furnishing such user a consumer report. No consumer reporting agency may furnish a consumer report to any person if it has reasonable grounds for believing that the consumer report will not be used for a purpose listed in section 1681b of this title.

**EXPLANATION -** You as the consumer reporting agency are willfully violating these laws, which means you are not maintaining reasonable procedures to avoid violations

**EXHIBIT F - 15 U.S.Code § 1681e(b)** - must maintain maximum possible accuracy

(b)ACCURACY OF REPORT Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.

**EXPLANATION -** You never asking me or verifying any information with me is not you following procedures to assure maximum possible accuracy

**EXHIBIT G - 15 U.S.Code § 1681i(5)(A)(i) - Invalid, incomplete or unverified**

(5) TREATMENT OF INACCURATE OR UNVERIFIABLE INFORMATION

(A)In general If, after any reinvestigation under paragraph (1) of any information disputed by a consumer, an item of the information is found to be inaccurate or incomplete or cannot be verified, the consumer reporting agency shall— (I) promptly delete that item of information from the file of the consumer, or modify that item of information, as appropriate, based on the results of the reinvestigation; and

(ii) promptly notify the furnisher of that information that the information has been modified or deleted from the file of the consumer.

**EXPLANATION -** All of the information stated is inaccurate, which states that it must be promptly deleted

**EXHIBIT H - 15 U.S.Code § 1681(a)(4)**

(4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

**EXPLANATION -** You have a GRAVE responsibility to exercise fairness and respect for my consumer privacy. You furnishing things without my consent and furnishing allegations is unfair and a violation of my privacy

**EXHIBIT H - 15 U.S.Code § 1681a(e)**

(e)The term "investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information. However, such information shall not include specific factual information on a consumer's credit record obtained directly from a creditor of the consumer or from a consumer reporting agency when such information was obtained directly from a creditor of the consumer or from the consumer.

**EXPLANATION -** Your "investigation" did not provide any of these details or explain how you were abiding by federal law

**EXHIBIT I - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

**(3)Information regarding inquiries**

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (MERRICK BANK) on 03/03/22 is an unauthorized inquiry

**EXHIBIT J - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

**(3)Information regarding inquiries**

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (SYNCB OLD NAVY) on 11/14/21 is an unauthorized inquiry

**EXHIBIT K - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

## (3)Information regarding inquiries

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (FEB/ Destiny) on 11/15/21 is an unauthorized inquiry

**EXHIBIT L - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

## (3)Information regarding inquiries

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (SYNCB/Amazon) on 10/26/21 is an unauthorized inquiry

**EXHIBIT M - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

## (3)Information regarding inquiries

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (Capital One) on 10/11/21 is an unauthorized inquiry

**Name:** Laura Amoruso )    **To:** TRANSUNION
                          )
**Address:**              )
**282 11th Avenue, New york NY, 10001**  )
                          )    **Date: 02-11-2023**
                          )
_____   )    _____
                          )
                          )
                          )

# NOTICE OF FAULT AFFIDAVIT OF TRUTH

## Consumer Enforcement as Private Administrative Audit by Right of Action

Notice, it is a Fact, that, I, agent for principal (Amoruso, Laura) and affiant, I am a federally protected consumer, holder in due course, attorney in fact, for any and all derivatives thereof for the surname/given name and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I I will autograph for my given name, (Amoruso, Laura) and as the agent and administrator in fact.

Notice, it is fact, unless **TRANSUNION** can provide a policy or state law which shows that the aforementioned policy or state law supersedes federal law, I hereby invoke the law of presumption and invoke federal law in to address the subject matter in the affidavit herein.

Notice, it is a fact, without an affidavit response with rebuttal, point for point, then I am conditionally accepting your non-reasonable response, as frivolous, and you agree to fault judgment in the favor of interest of I the consumer, holder in due course, attorney, and administrator in fact as an unrebutted affidavit stands a truth in commerce.

Notice, it is a fact, I, the affiant is a consumer has the right to privacy pursuant to 15 U.S.Code § 1681(a)(4). **TRANSUNION** has violated my right to privacy by furnishing private information about me without any lawful authority or my written consent.

Notice, it is a fact, affiant is aware, all consumer reporting agencies, must follow reasonable procedures pursuant to 15 U.S.Code § 1681(b). The reasonable procedures listed in the affidavit herein were not followed and this a violation of 15 U.S.Code § 1681(b)

Notice, it is a fact, affiant is aware this reported information is only information based solely on transactions and experiences between I, the consumer. This is a violation of 15 U.S.Code §1681a(2) (A)(i)

Notice, it is a fact, affiant is aware, transactions authorized by my credit card, and credit card is defined in both FCRA and has the same as the definition in TILA as any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor, or services on credit. Thus making my social security card a credit card. These accounts were authorized by my social security card, a credit card and therefore must be excluded from my consumer report.

Notice, it is a fact, affiant is aware, if there is an account which comes back verified pursuant to 15 U.S.Code § 1681a(e) there must be an investigative report with the source of the report coming from interviews of family and friends and the results cannot contain factual information. I, the affiant, allege no such verification based on an investigative report exists. Please submit a certified copy of the existence of this report with a statement under penalty of perjury that this report was not altered or manufactured in any way. Without this information this is a violation of 15 U.S.Code § 1681a(e) and the accounts named above must be furnished as 100% paid in full and on time.

Notice, it is a fact, affiant is aware a consumer reporting agency needs written instructions by I, the consumer, to furnish a consumer report. Without written instruction this consumer reporting agency has committed fraud by using my identifying information without any lawful authority to furnish this information on my consumer report. By definition **TRANSUNION** has committed identity theft. This is a violation of 15 U.S.Code § 1681b(a)(2) Therefore the accounts referenced in my specified reedy must be resolved.

Notice, it is a fact, affiant is aware pursuant to 15 U.S. Code § 1681e(a) maintain reasonable procedures designed to avoid violations under section 1681c which includes violations of permissible purposes, and affiant is aware, no consumer reporting agency can furnish a consumer report to any person without the following all the purposes listed in section 1681b of this title 15.

Notice, it is a fact affiant is aware a consumer reporting agency must maintain reasonable procedures to assure maximum possible accuracy of furnished information on my, the affiant's consumer report. The accounts referenced above, do not comply with this maximum possible accuracy standard and must be removed due to its failure to maintain reasonable procedures, which is a violation of 15 U.S.Code § 1681e(b).

Notice, it is a fact, affiant is aware, each requirement of the FCRA which **TRANSUNION** fails to comply with, holds the company liable for $1000.00 per action and pursuant to 15 U.S.Code § 1681i when an investigative report is prepared, no adverse information in a consumer report may be included in a subsequent consumer report unless the reported was verified. Each month this false information was incorrectly verified making **TRANSUNION** liable for each consecutive reporting shown.

Notice, it is a fact, affiant is aware, this inquiry is unauthorized and has been furnished without my consent. There was no permissible purpose and is a violation of 15 U.S.Code § 1681b(c)(1)(A) (B)(i)(3). Remove the inquiries as seen on my report in Exhibit (I,J,K).

## JURAT

Whereas, I, of age, of majority, give this herein notice to all, I make a solemn oath to the one and only most high of creation only, whoever that may be,

and I depose the following facts, so be it, nunc pro tunc.

I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

On the date of _____ , _____ , agent, (Amoruso, Laura) came before me today present as a flesh and blood living being (Non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein (Amoruso, Laura)

Signature _____

Sworn to or Affirmed by and subscribed before me on the 16ᵗʰ day of, Feb year 20 23

Brian Ventura Notary Name

_____ Notary Signature.

> BRIAN ISAIAS VENTURA
> Notary Public - State of New York
> No. 01VE6443777
> Qualified in Queens County
> My Commission Expires 11/07/2026

|                           |     |                          |
|---------------------------|-----|--------------------------|
| **Laura Amoruso**         | )   |                          |
|                           | )   |                          |
| **Plaintiff,**            | )   |                          |
|                           | )   |                          |
| **V.**                    | )   |                          |
|                           | )   | **NOTICE OF CIVIL ACTION** |
| **EXPERIAN**              | )   |                          |
|                           | )   |                          |
| **Defendant,**            | )   |                          |
|                           | )   |                          |
| **Date: 02-11-23**        | )   |                          |
|                           | )   |                          |
|                           | )   |                          |

**Certified Mail #:** 7022 1670 0003 1861 3917

To whom I may concern,

Your inaccurate reporting has impacted me mentally, physically and financially. From typing countless letters trying to resolve this. To me not being able to get approved for things I need in my life. I have no other choice but to hold you liable in Federal Court.

**\*APPLICABLE LAW\***

I will be invoking my Federally Protected Consumer Rights under **15 U.S. Code § 1681 "Fair Credit Reporting Act"**

## Specified Remedy:

1. Delete all of my inquiries
2. Furnish the (CreditOneBnk 444796263511****) account as 100% paid on time
3. Furnish the (Merrick Bank 546316690205****) account as 100% paid off, on time
4. Furnish the (SBNASELFLNDR 1503****) account as 100% paid off, on time
5. Remove all collection accounts from (VERIZON)
6. Remove the collection account from (NATIONAL GRID LONG ISLAND 3390****)
7. Remove The account from (LIMOUSINE WORLDWID CHAUFFERED 5180***)
8. Remove the account from (CAPITAL ONE 51567681****)
9. Remove the accounts from (DPT ED/ AIDV) with the an active balance
10. DO NOT REMOVE ANY ACCOUNTS from (DPT ED/ AIDV) that have a $0.00 balance and are paid off

## Bill of Particulars

Pursuant to 15 U.S.Code § 1681n(a)(2) - I am charging you $89,000.00 for damages sustained to my mental health due to your failure to comply with Federal Law

Pursuant to 15 U.S.Code § 1681n(a)(1)(A) - I am charging you $11,000 for the violations of my Federally Protected Consumer Rights

**(a)In general**
  *Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—*

**(1)**

  **(A)***any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or*

FROM: **Laura Amoruso**
TO: **EXPERIAN**
AMOUNT: **$100,000.00**
DUE DATE: **5 DAYS UPON RECEIPT OF THIS LETTER**
DELIVERY METHOD: **USPS CERTIFIED MAIL WITH RETURN RECEIPT**
CHECK ADDRESSED TO: **Laura Amoruso**
MAILED TO: **282 11th Avenue, New york NY, 10001**

### Specified Remedy:
**11. Delete all of my inquiries**
**12. Furnish the (CreditOneBnk 444796263511****) account as 100% paid on time**
**13. Furnish the (Merrick Bank 546316690205****) account as 100% paid off, on time**
**14. Furnish the (SBNASELFLNDR 1503****) account as 100% paid off, on time**
**15. Remove all collection accounts from (VERIZON)**
**16. Remove the collection account from (NATIONAL GRID LONG ISLAND 3390****)**
**17. Remove The account from (LIMOUSINE WORLDWID CHAUFFERED 5180***)**
**18. Remove the account from (CAPITAL ONE 51567681****)**
**19. Remove the accounts from (DPT ED/ AIDV) with the an active balance**
**20. DO NOT REMOVE ANY ACCOUNTS from (DPT ED/ AIDV) that have a $0.00 balance and are paid off**

I am going to be citing all of the violations below as "Exhibits". I am also going to be providing the Federal Laws you are violating along with my explanation for your convenience.

**EXHIBIT A - 15 U.S.Code § 1681(b) - reasonable procedures**

(b) REASONABLE PROCEDURES It is the purpose of this subchapter to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter.

**EXPLANATION -** You are not acting in a manner that any sort of accuracy relevance is being practiced. Which means in no way have you adopted reasonable procedures meeting the needs of commerce for consumer credit

**EXHIBIT B - 15 U.S.Code § 1681a(2)(A)(i) -** Sole transactions

(2)EXCLUSIONS.—Except as provided in paragraph (3), the term "consumer report" does not include— (A)subject to section 1681s–3 of this title, any—

(i) report containing information solely as to transactions or experiences between the consumer and the person making the report;

**EXPLANATION -** I have NEVER made a transaction with ANY consumer reporting agency, this means it is illegal for you for my report to contain any information solely in between I "THE NATURAL, LIVING SOUL" and "THE FINANCIAL INSTITUTION"

**EXHIBIT C - 15 U.S.Code § 1681a(2)(B) -** Transaction authorized by credit card

(2)EXCLUSIONS.—Except as provided in paragraph (3), the term "consumer report" does not include— (A)subject to section 1681s–3 of this title, any—

(B) any authorization or approval of a specific extension of credit directly or indirectly by the issuer of a credit card or similar device;

**EXPLANATION -** The allegations being furnished on my report were authorized by a credit card.

**EXHIBIT D - 15 U.S.Code § 1681b(a)(2) -** Written Instruction

**(a) In general**

Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

**(2)** In accordance with the written instructions of the consumer to whom it relates.

**EXPLANATION -** Can you provide me with the signed/written instruction I gave you to furnish anything on my consumer report?

**EXHIBIT E - 15 U.S.Code § 1681e(a)** - Reasonable procedures to avoid violations

(a)IDENTITY AND PURPOSES OF CREDIT USERS Every consumer reporting agency shall maintain reasonable procedures designed to avoid violations of section 1681c of this title and to limit the furnishing of consumer reports to the purposes listed under section 1681b of this title. These procedures shall require that prospective users of the information identify themselves, certify the purposes for which the information is sought, and certify that the information will be used for no other purpose. Every consumer reporting agency shall make a reasonable effort to verify the identity of a new prospective user and the uses certified by such prospective user prior to furnishing such user a consumer report. No consumer reporting agency may furnish a consumer report to any person if it has reasonable grounds for believing that the consumer report will not be used for a purpose listed in section 1681b of this title.

**EXPLANATION -** You as the consumer reporting agency are willfully violating these laws, which means you are not maintaining reasonable procedures to avoid violations

**EXHIBIT F - 15 U.S.Code § 1681e(b) -** must maintain maximum possible accuracy

(b)ACCURACY OF REPORT Whenever a consumer reporting agency prepares a consumer report it shall follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates.

**EXPLANATION -** You never asking me or verifying any information with me is not you following procedures to assure maximum possible accuracy

**EXHIBIT G - 15 U.S.Code § 1681i(5)(A)(i) - Invalid, incomplete or unverified**

(5) TREATMENT OF INACCURATE OR UNVERIFIABLE INFORMATION

(A)In general If, after any reinvestigation under paragraph (1) of any information disputed by a consumer, an item of the information is found to be inaccurate or incomplete or cannot be verified, the consumer reporting agency shall— (I) promptly delete that item of information from the file of the consumer, or modify that item of information, as appropriate, based on the results of the reinvestigation; and

(ii) promptly notify the furnisher of that information that the information has been modified or deleted from the file of the consumer.

**EXPLANATION -** All of the information stated is inaccurate, which states that it must be promptly deleted

**EXHIBIT H - 15 U.S.Code § 1681(a)(4)**

(4) There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

**EXPLANATION -** You have a GRAVE responsibility to exercise fairness and respect for my consumer privacy. You furnishing things without my consent and furnishing allegations is unfair and a violation of my privacy

**EXHIBIT H - 15 U.S.Code § 1681a(e)**

(e)The term "investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information. However, such information shall not include specific factual information on a consumer's credit record obtained directly from a creditor of the consumer or from a consumer reporting agency when such information was obtained directly from a creditor of the consumer or from the consumer.

**EXPLANATION -** Your "investigation" did not provide any of these details or explain how you were abiding by federal law

**EXHIBIT I - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

**(3)Information regarding inquiries**

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (TD Retail Card Service) on 09/30/22 is an unauthorized inquiry

**EXHIBIT J - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

**(3)Information regarding inquiries**

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (Continental Finance/TB) on 09/14/22 is an unauthorized inquiry

**EXHIBIT K - 15 U.S.Code § 1681b(c)(1)(A)(B)(i)(3)**

## (3)Information regarding inquiries

Except as provided in section 1681g(a)(5) of this title, a consumer reporting agency shall not furnish to any person a record of inquiries in connection with a credit or insurance transaction that is not initiated by a consumer.

**EXPLANATION -** The inquiry from (Credit One Bank NA) on 04/15/22 is an unauthorized inquiry

**Name:** Laura Amoruso                              )     **To: EXPERIAN**
                                                     )
**Address:**                                         )
**282 11th Avenue, New york NY, 10001**              )
                                                     )     **Date: 02-11-2023**
                                                     )
_____              )     _____
                                                     )
                                                     )
                                                     )

# NOTICE OF FAULT AFFIDAVIT OF TRUTH

## Consumer Enforcement as Private Administrative Audit by Right of Action

Notice, it is a Fact, that, I, agent for principal (Amoruso, Laura) and affiant, I am a federally protected consumer, holder in due course, attorney in fact, for any and all derivatives thereof for the surname/given name and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I I will autograph for my given name, (Amoruso, Laura) and as the agent and administrator in fact.

Notice, it is fact, unless **EXPERIAN** can provide a policy or state law which shows that the aforementioned policy or state law supersedes federal law, I hereby invoke the law of presumption and invoke federal law in to address the subject matter in the affidavit herein.

Notice, it is a fact, without an affidavit response with rebuttal, point for point, then I am conditionally accepting your non-reasonable response, as frivolous, and you agree to fault judgment in the favor of interest of I the consumer, holder in due course, attorney, and administrator in fact as an unrebutted affidavit stands a truth in commerce.

Notice, it is a fact, I, the affiant is a consumer has the right to privacy pursuant to 15 U.S.Code § 1681(a)(4). **EXPERIAN** has violated my right to privacy by furnishing private information about me without any lawful authority or my written consent.

Notice, it is a fact, affiant is aware, all consumer reporting agencies, must follow reasonable procedures pursuant to 15 U.S.Code § 1681(b). The reasonable procedures listed in the affidavit herein were not followed and this a violation of 15 U.S.Code § 1681(b)

Notice, it is a fact, affiant is aware this reported information is only information based solely on transactions and experiences between I, the consumer. This is a violation of 15 U.S.Code §1681a(2) (A)(i)

Notice, it is a fact, affiant is aware, transactions authorized by my credit card, and credit card is defined in both FCRA and has the same as the definition in TILA as any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor, or services on credit. Thus making my social security card a credit card. These accounts were authorized by my social security card, a credit card and therefore must be excluded from my consumer report.

Notice, it is a fact, affiant is aware, if there is an account which comes back verified pursuant to 15 U.S.Code § 1681a(e) there must be an investigative report with the source of the report coming from interviews of family and friends and the results cannot contain factual information. I, the affiant, allege no such verification based on an investigative report exists. Please submit a certified copy of the existence of this report with a statement under penalty of perjury that this report was not altered or manufactured in any way. Without this information this is a violation of 15 U.S.Code § 1681a(e) and the accounts named above must be furnished as 100% paid in full and on time.

Notice, it is a fact, affiant is aware a consumer reporting agency needs written instructions by I, the consumer, to furnish a consumer report. Without written instruction this consumer reporting agency has committed fraud by using my identifying information without any lawful authority to furnish this information on my consumer report. By definition **EXPERIAN** has committed identity theft. This is a violation of 15 U.S.Code § 1681b(a)(2) Therefore the accounts referenced in my specified reedy must be resolved.

Notice, it is a fact, affiant is aware pursuant to 15 U.S. Code § 1681e(a) maintain reasonable procedures designed to avoid violations under section 1681c which includes violations of permissible purposes, and affiant is aware, no consumer reporting agency can furnish a consumer report to any person without the following all the purposes listed in section 1681b of this title 15.

Notice, it is a fact affiant is aware a consumer reporting agency must maintain reasonable procedures to assure maximum possible accuracy of furnished information on my, the affiant's consumer report. The accounts referenced above, do not comply with this maximum possible accuracy standard and must be removed due to its failure to maintain reasonable procedures, which is a violation of 15 U.S.Code § 1681e(b).

Notice, it is a fact, affiant is aware, each requirement of the FCRA which **EXPERIAN** fails to comply with, holds the company liable for $1000.00 per action and pursuant to 15 U.S.Code § 1681i when an investigative report is prepared, no adverse information in a consumer report may be included in a subsequent consumer report unless the reported was verified. Each month this false information was incorrectly verified making **EXPERIAN** liable for each consecutive reporting shown.

Notice, it is a fact, affiant is aware, this inquiry is unauthorized and has been furnished without my consent. There was no permissible purpose and is a violation of 15 U.S.Code § 1681b(c)(1)(A) (B)(i)(3). Remove the inquiries as seen on my report in Exhibit (I,J,K).

## JURAT

Whereas, I of age, of majority, give this herein notice to all, I make a solemn oath to the one and only most high of creation only, whoever that may be,

and I depose the following facts, so be it, nunc pro tunc.

I swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

On the date of _____ , _____, agent, (Amoruso, Laura) came before me today present as a flesh and blood living being (Non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein (Amoruso, Laura)

Signature: _____

Sworn to or Affirmed by and subscribed before me on the _____day of, ____ year 20__

_____ Notary Name

_____Notary Signature.