UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                        :

LAURA AMORUSO,                        :

                        :

                     Plaintiff,   :          23 Civ. 2421 (LGS)

                        :

          -against-        :            ORDER

                        :

TRANSUNION et al.,             :

                        :

                 Defendants.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that Plaintiff and Defendant Equifax have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that Equifax is dismissed from this without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DENIED as moot, and all conferences are CANCELED as to Equifax.

Dated: April 25, 2023
      New York, New York

                                          LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE