UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    LAURA AMORUSO,
                                    Plaintiff,

                -against-                          23 Civ. 2421 (LGS)

    TRANSUNION, et al.,
                                    **ORDER**

                                Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the parties convened for an initial pretrial conference on May 24, 2023, during which pro se Plaintiff Laura Amoruso stated she had resolved her claims against Defendants Equifax and ChexSystems; It is hereby

       **ORDERED** that by **June 2, 2023**, Plaintiff shall file a notice of dismissal as to Defendant ChexSystems, which has not yet been dismissed from the case. It is further

       **ORDERED** that by **June 14, 2023**, attorneys for Defendants TransUnion and Experian shall confer with Plaintiff by phone to discuss her claims and make a good-faith attempt to resolve them. If they are unsuccessful, the matter will be referred to the assigned Magistrate Judge for a settlement conference. Also by **June 14, 2023**, Defendants TransUnion and Experian each shall file a letter identifying any issues that remain and the nature of the dispute as to each issue. It is further

       **ORDERED** that discovery in this matter is stayed *sine die*. Experian's time to answer or otherwise respond to the Complaint is adjourned *sine die*.

Dated: May 25, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE