```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LAURA AMORUSO,                                                :
                                                              :
                                Plaintiff,                    :    23 Civ. 2421 (LGS)
                                                              :
                -against-                                     :         ORDER
                                                              :
TRANSUNION et al.,                                            :
                                                              :
                                Defendants.                   :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 25, 2023, instructed Plaintiff to file a notice of dismissal as to Defendant ChexSystems by June 2, 2023;

WHEREAS, Plaintiff has not filed a notice of dismissal of ChexSystems; It is hereby

**ORDERED** that by **June 14, 2023**, Plaintiff shall file a notice of dismissal of ChexSystems, or a letter explaining why ChexSystems has not been dismissed.

Dated: June 6, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**