```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LAURA AMORUSO,

                            Plaintiff,

       -against-

TRANSUNION, et al.,

                          Defendants.

-------------------------------------------------------------X

23-CV-02421 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Clerk of Court is directed to locate pro bono counsel to represent plaintiff solely for purposes of settlement. Pro bono counsel's representation will terminate at the conclusion of the settlement process.

**SO ORDERED.**

                                                          */s/ Sarah Netburn*
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:      June 16, 2023
                 New York, New York