```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAURA AMORUSO,

                              **Plaintiff,**                          23-CV-02421 (LGS)(SN)

        -against-                                                 **ORDER**

TRANSUNION, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 15, 2023, the Honorable Lorna G. Schofield referred this matter to my docket for settlement. ECF No. 40. The parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov by June 26, 2023, to schedule a settlement conference.

**SO ORDERED.**

                                                                           _____
                                                                            SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:      June 16, 2023
                   New York, New York