UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Laura Amoruso,

                Plaintiff,

              -against-

Trans Union et al.,

                Defendants.
-----------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST EXPERIAN ONLY**
23-cv-2421-LGS

      IT IS HEREBY STIPULATED AND AGREED, by and between settlement counsel for plaintiff, Laura Amoruso and counsel for defendant Experian, that pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A)(ii), this action is hereby voluntarily dismissed with prejudice and without costs or attorneys' fees as against Experian.

Dated: August 15, 2023
        New York, New York

LISA RIVERA, ESQ
New York Legal Assistance Group

By: /s/ Susanne Toes Keane
Susanne Toes Keane
NYLAG Clinic for Pro Se Litigants
40 Foley Square
New York, NY 10007
212-613-5090
skeane@nylag.org

*Limited Scope Attorneys for Defendant Pro Se*

JONES DAY

By: /s/ Justin Harris
Justin Harris
250 Vesey Street
New York, NY 10281-1047
212-326-3724
justinharris@jonesday.com

*Attorneys for Plaintiff*